STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. DANIEL A. DUGAN, JR., PLAINTIFF IN ERROR.

Submitted December 8, 1913—Decided January 29, 1914.

On appeal from the Supreme Court, whose opinion is reported in 55 *Vroom* 603.

For the plaintiff in error, *John A. Bernhard.*

For the defendant in error, *Wilbur A. Mott,* prosecutor of the pleas.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Kalisch in the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE, PARKER, MINTURN, BOGERT, VREDENBURGH, CONGDON, WHITE, HEPPENHEIMER, JJ. 10.

*For reversal*—None.